# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 97-30310

GREGORY SLANG,

Plaintiff-Appellee,

versus

CAMILLE VICKNAIR, Sgt.; ET AL.,

Defendants,

BRONSON MOSS, EMT;
NEWMAN DUPAS, Sgt.,

Defendants-Appellants.

Appeal from the United States District Court
for the Middle District of Louisiana
(96-CV-271)

January 8, 1998

Before POLITZ, Chief Judge, HIGGINBOTHAM and DEMOSS, Circuit Judges.

PER CURIAM:*

This matter is before the court on appeal of the denial of certain defendants'

summary judgment request for dismissal on the grounds of qualified immunity.

Having considered the record and briefs, and substantially for the reasons and

authorities contained in the report of the magistrate judge which was adopted as the

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

opinion of the district court, we AFFIRM.